# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Anthony Lamont Misenhaimer **,** ) | | JUDGMENT IN CASE |
| ) | | |
| Plaintiff(s), ) | | 3:16-cv-00106-RJC |
| ) | | |
| vs. ) | | |
| ) | | |
| Carolyn W. Colvin **,** ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2016 Order.

September 27, 2016

Frank G. Johns, Clerk
United States District Court