UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-106-RJC

| | |
|---|---|
| **ANTHONY LAMONT MISENHAIMER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner of** ) | |
| **Social Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Attorney Fees, (Doc. No. 16); Plaintiff's Motion to Amend/Correct his Motion for Attorney Fees, (Doc. No. 17); and the Stipulation regarding Plaintiff's Motion for Attorney Fees, (Doc. No. 18).

On September 28, 2016, Plaintiff filed both his Motion for Attorney Fees, (Doc. No. 16), and his Motion to Amend/Correct his Motion for Attorney Fees, (Doc. No. 17). In both motions, Plaintiff requested an award of $5,450.00 in attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. On October 17, 2016, the parties submitted a stipulation for payment of attorney's fees whereby they agreed that Defendant will pay Plaintiff $4,600.80 in full satisfaction of all claims arising under EAJA, (Doc. No. 18).

Accordingly, upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $4,600.80 in attorney's fees in full satisfaction of all claims arising under EAJA. The check shall be made payable to Plaintiff and sent to the offices of Plaintiff's counsel, Kristin L. Gordon. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

**IT IS, THEREFORE, ORDERED** that:

1. Defendant will pay Plaintiff $4,600.80 in attorneys' fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, in accordance with the Stipulation regarding Plaintiff's Motion for Attorney Fees (Doc. No. 18);

2. Plaintiff's Motion for Attorney Fees, (Doc. No. 16), is **DISMISSED as moot**;

3. Plaintiff's Motion to Amend/Correct his Motion for Attorney Fees, (Doc. No. 17), is **DISMISSED as moot**.

Signed: November 15, 2016

Robert J. Conrad, Jr.
United States District Judge